UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ISAIHA DUCKKET,<br><br>　　　　　Petitioner,<br>　v.<br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 3:20-cv-00719-RCJ-WGC<br><br>ORDER |

　　　　Isaiha Duckket has submitted a 28 U.S.C. § 2254 habeas corpus petition and an amended petition (ECF Nos. 1-1, 4).  Duckket has failed to submit an application to proceed *in forma pauperis* or pay the $5.00 filing fee.  28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.  Duckket has 30 days to file the fully completed IFP form or pay the filing fee. Failure to comply with this order may result in the dismissal of this action without prejudice.

　　　　**IT IS THEREFORE ORDERED** that within **30 days** of the date of this order petitioner must submit either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

1

**IT IS FURTHER ORDERED** that failure to comply with this order may result in the dismissal of this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **send** to petitioner one copy of the application to proceed *in forma pauperis* with instructions.

DATED: 9 February 2021.

                                                                                    _____
                                                                                    ROBERT C. JONES
                                                                                    UNITED STATES DISTRICT JUDGE