**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ISAIHA DUCKKET, | Case No.: 3:20-cv-00719-RCJ-WGC |
| Petitioner | |
| v. | ORDER |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents | |

28 U.S.C. § 2254 pro se habeas petitioner Isaiha Duckket appears to have mailed his unfiled response to respondents' motion to dismiss to respondents (*see* ECF Nos. 20, 20-1, 20-2).

**IT IS ORDERED** that the Clerk **DETACH** and **FILE** petitioner's response to the motion to dismiss (ECF No. 20-2).

Dated: February 11, 2022

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE